## BLAKEY et al. v. BANK OF RICHLAND.

BECK, P. J. 1. The evidence in this case demanded a verdict for the defendant on the ground set up as a defense to the action, that the defendant had acquired a good prescriptive title to the land in controversy as against the plaintiffs before the bringing of the suit; and accordingly the court did not err in directing a verdict for the defendant.

2. Evidence tending to show the character of the possession of the defendant and its predecessors in title was admissible.

3. The evidence excluded by the court, had it been admitted, could not have affected the issue made by the defendant's claim of prescriptive title.                    *Judgment affirmed. All the Justices concur.*

No. 1918. DECEMBER 20, 1920.

Complaint for land. Before Judge Littlejohn. Webster superior court. February 12, 1920.

*J. F. Souter* and *W. W. Dykes,* for plaintiffs.

*Jule Felton, T. T. James,* and *R. L. Gillen,* for defendant.